IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCarty, Clifton E

Printed: 11/20/07

Case Number: 07 B 08400
Judge: Squires, John H
Filed: 5/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,512.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 142.71 |
| Other Funds: |  | 2,869.79 |
| Totals: | 5,512.50 | 5,512.50 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,500.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Oak Financial | Secured | 0.00 | 0.00 |
| 4. | Oak Financial | Secured | 0.00 | 0.00 |
| 5. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 6. | American General Finance | Secured | 1,500.00 | 0.00 |
| 7. | CCO Mortgage/RBS Citizens | Secured | 400.00 | 0.00 |
| 8. | Internal Revenue Service | Priority | 27,195.43 | 0.00 |
| 9. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 10. | Max Recovery Inc | Unsecured | 799.08 | 0.00 |
| 11. | Capital One | Unsecured | 449.33 | 0.00 |
| 12. | Sprint Nextel | Unsecured | 159.71 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 62,957.46 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 166.49 | 0.00 |
| 15. | Capital One | Unsecured | 364.25 | 0.00 |
| 16. | T-Mobile USA, Inc | Unsecured | 554.38 | 0.00 |
| 17. | Capital One | Unsecured | 544.82 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 451.03 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 851.16 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 2,885.88 | 0.00 |
| 21. | Nicor Gas | Unsecured | 664.63 | 0.00 |
| 22. | Tri-Cap Investment Partners, LLC | Unsecured | 806.51 | 0.00 |
| 23. | Advance Til Payday | Unsecured |  | No Claim Filed |
| 24. | Check N Go | Unsecured |  | No Claim Filed |
| 25. | First Cash Advance | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCarty, Clifton E

Printed: 11/20/07

Case Number: 07 B 08400
Judge: Squires, John H
Filed: 5/8/07

| | | | | |
|---|---|---|---|---|
| 26. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 27. | National Quick Cash | Unsecured | | No Claim Filed |
| 28. | Payday Loan | Unsecured | | No Claim Filed |
| 29. | Payday Loan | Unsecured | | No Claim Filed |
| 30. | Payday Loan | Unsecured | | No Claim Filed |
| 31. | Superior Asset Management | Unsecured | | No Claim Filed |

_____    _____
$ 103,250.16    $ 2,500.00

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 142.71 |

_____
$ 142.71

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____